1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  NEAH HUYNH, State Bar No. 235377
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5720
     Fax: (415) 703-5843
8    Email: Neah.Huynh@doj.ca.gov

9  Attorneys for Defendants Clancy and Rianda

Ivan Von Staich, E-10079
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0686

Plaintiff in Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IVAN VON STAICH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 04-2799 PJH (PR)<br><br>**JOINT STIPULATION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION & TO DISCUSS SETTLEMENT**<br><br>Judge: The Honorable Phyllis J. Hamilton |

TO THE HONORABLE PHYLLIS J. HAMILTON:

The parties have reached a stipulation for an extension of the March 10, 2008 dispositive-motion deadline, as follows: Defendants will file a dispositive motion by May 16, 2008; Plaintiff will file an opposition by June 16, 2008; and Defendants will file a reply by July 1, 2008.

The extension will also give the parties an opportunity to discuss settlement possibilities.

///

///

///

For the foregoing reasons, the parties respectfully request that the Court extend the deadlines to file a dispositive motion to May 16, 2008, the opposition to June 16, 2008, and the reply to July 1, 2008.

IT IS SO STIPULATED.

Dated: 3-3-08          *[signature]*
                       IVAN VON STAICH
                       Plaintiff in Pro Se

Dated: 3/5/08          *[signature]*
                       NEAH HUYNH
                       Deputy Attorney General
                       Attorney for Defendants Clancy and Rianda

IT IS SO ORDERED.

Dated: 3/13/08         _____
                       THE HONORABLE PHYLLIS J. HAMILTON
                       United States District Judge

IT IS SO ORDERED
*[signature]*
Judge Phyllis J. Hamilton

40221220.wpd
SF2005400465

Jt. Stipulation Ext. Time Dispositve Mot. & Discuss Settlement           Von Staich v. CDCR, et al.
                                                                        C 04-2799 PJH (PR)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Von Staich v. California Department of Corrections, et al.

No.:   C 04-2799 PJH (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 5, 2008**, I served the attached

## JOINT STIPULATION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION & TO DISCUSS SETTLEMENT

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ivan Von Staich, E-10079**
**Correctional Training Facility**
**P.O. Box 689**
**Soledad, CA 93960-0686**
In Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 5, 2008**, at San Francisco, California.

| M.M. Argarin | /s/ M.M. Argarin |
| --- | --- |
| Declarant | Signature |