1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 NEAH HUYNH, State Bar No. 235377
Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 Telephone:  (415) 703-5720
Fax:  (415) 703-5843
8 Email:  Neah.Huynh@doj.ca.gov

9 Attorneys for Defendants Clancy and Rianda

Ivan Von Staich, E-10079
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960-0686

Plaintiff in Pro Se

10

11          IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15 **IVAN VON STAICH,**

                                    Plaintiff,
16
          v.
17
**CALIFORNIA DEPARTMENT OF**
18 **CORRECTIONS, et al.,**

19                                 Defendants.

20

Case No. C 04-2799 PJH (PR)

**JOINT STIPULATION FOR A
SECOND EXTENSION OF
TIME TO FILE A
DISPOSITIVE MOTION & TO
DISCUSS SETTLEMENT**

Judge:  The Honorable Phyllis J.
        Hamilton

          AND ORDER

21      TO THE HONORABLE PHYLLIS J. HAMILTON:

22      Defendants Clancy and Rianda and Plaintiff Ivan Von Staich (the parties) have reached a

23 stipulation for a second extension of the dispositive-motion deadline, which is currently May 16,

24 2008.  The parties need additional time to discuss settlement.  The parties met for the first time

25 on May 7, 2008, and are tentatively scheduled to meet with Judge Vadas on May 30, 2008.  The

26 parties may also schedule additional settlement conferences after May 30, if necessary.  For these

27 reasons, the parties respectfully request that the Court extend the dispositive-motion deadline for

28 ninety days.

Jt. Stipulation 2d Ext. Time Dispositve Mot. & Discuss Settlement

*Von Staich v. CDCR, et al.*
C 04-2799 PJH (PR)

1       For the foregoing reasons, the parties respectfully request that the Court extend the

2   dispositive-motion deadlines as follows:  dispositive motion is due August 16, 2008; the

3   opposition is due September 16, 2008; and the reply is due October 1, 2008.  Absent further

4   order from the Court, the motion shall be deemed submitted when the reply brief is due.

5       IT IS SO STIPULATED.

6

7   Dated:  5-8-08

    IVAN VON STAICH
    Plaintiff in Pro Se

8

9

10  Dated:  5/9/08

    NEAH HUYNH
    Deputy Attorney General

11      Attorney for Defendants Clancy and Rianda

12

13      IT IS SO ORDERED.

14

15  Dated:  5/16/2008

16      THE HONORABLE PHYLLIS J. HAMILTON
    United States District Judge

17

40250589.wpd
18  SF2005400465

19

20

21

22

23

24

25

26

27

28

Jt. Stipulation 2d Ext. Time Dispositive Mot. & Discuss Settlement

*Von Staich v. CDCR, et al.*
C 04-2799 PJH (PR)

2