United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH, | No. C 04-2799 PJH |
| Plaintiff, | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS et al., | |
| Defendants. | |

This matter came on for status August 12, 2008 at 11:00 a.m. before Magistrate Judge Vadas. The court orders that the deposition of plaintiff take place on or before August 22, 2008. A settlement conference is scheduled for September 4, 2008 at the California Men's Colony in San Luis Obisbo, California.

Dated: 8/12/08

NANDOR J. VADAS
United States Magistrate Judge