IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN VON STAICH,<br><br>    Plaintiff,<br><br>        v<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS et al.,<br><br>    Defendants. | Case No C 04-2799 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on September 4, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Deputy AG Neah Huynh

☐ Other: California Department of Corrections and Rehabilitation

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

3          ☒ The case has been completely settled.

4          ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7          ☐ The parties agree to an additional follow up settlement on

8 _____ .

9          ☐ The parties are unable to reach an agreement at this time.

10

11 Date: 9/8/08                  _____

                                                                 Nandor J Vadas
                                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Von Staich                                          No. C 04-2799 PJH

v.                                                  CERTIFICATE OF SERVICE

CDC
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/8/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Ivan Von Staich**
E-10079
California Men's Colony
AQ-1315
P.O. Box 8101
San Luis Obisbo, CA 93409-8101

RICHARD W. WIEKING, CLERK

By:/s/_____
        Deputy Clerk

3