1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE EAST
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  NEAH HUYNH, State Bar No. 235377
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5720
     Fax: (415) 703-5843
8    Email: Neah.Huynh@doj.ca.gov
   Attorneys for Defendants Clancy and Rianda

   Ivan Von Staich, CDCR # E-10079
10 California Men's Colony
   Highway 1
11 San Luis Obispo, CA 93409
   Plaintiff in Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IVAN VON STAICH,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. C 04-2799 PJH (PR)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE & ORDER**<br><br>(Fed. R. Civ. P. 41(a)(1)(ii).)<br><br>Judge: The Honorable Phyllis J. Hamilton |
|---|---|

///

///

///

///

///

Stipulation Voluntary Dismissal with Prejudice

1

Von Staich v. CDCR, et al.
C 04-2799 PJH (PR)

Plaintiff Ivan Von Staich and Defendants Rianda and Clancy stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). This stipulation includes a dismissal of any claims against any past and future defendants mentioned in the pleadings and motions filed in this case. Each side shall bear its own attorney's fees and costs.

It is so stipulated.

9-4-08
Date

Ivan Von Staich
Plaintiff in Pro Se

9/4/08
Date

Neah Huynh
Deputy Attorney General
Attorney for Defendants Rianda and Clancy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

It is so ordered.

3/18/09
Date

IT IS SO ORDERED
Judge Phyllis J. Hamilton

von staich dismissal.wpd; SF2005400465

Stipulation Voluntary Dismissal with Prejudice

Von Staich v. CDCR, et al.
C 04-2799 PJH (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Von Staich v. California Department of Corrections, et al.**

No.:   **C 04-2799 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 5, 2008**, I served the attached

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE & ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Ivan Von Staich, E-10079**
**California Men's Colony**
**AQ-1315**
**P.O. Box 8101**
**San Luis Obispo, CA  93409-8101**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 5, 2008**, at San Francisco, California.

|  M.M. Argarin  |  *[signature]*  |
|  Declarant  |  Signature  |

20140513.wpd